JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 011092
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Ph: (702) 382-4044/Fax: (702) 383-9950
E-Mail: info@johnpeterlee.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARIELLEN M. WALLACE, individually; | ) | CASE NO.: 2:10-cv-01855 |
| Plaintiff, | ) | |
| vs. | ) | |
| USAA LIFE GENERAL AGENCY, INC., a foreign corporation, DOES I through X and ROE CORPORATIONS I through X, inclusive; | ) | |
| Defendants. | ) | |
| AND ALL RELATED CLAIMS | ) | |

1950.023916 - tm

**REPORT OF PARTIES' PLANNING MEETING,
STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER
(SPECIAL SCHEDULING REVIEW REQUESTED)**

1.  **Meeting:** Pursuant to Local Rule 26-1, a telephonic meeting was held on December 8, 2010 at 4:00 p.m. and was attended by: John C. Courtney, Esq. on behalf of Plaintiff, Mariellen M. Wallace, and Kathleen M Maynard, Esq. on behalf of Defendant, USAA Life Insurance Company, Inc.

2.  **Date that First Defendant Appeared:** October 22, 2010.

3.  **Date to Exchange Initial Disclosures:** January 4, 2010 in accordance with Fed.R.Civ.P. 26(a).

4.  **Discovery Plan:** The parties propose the following discovery plan:

    **A.    Methods of Discovery:**

The parties intend to serve written discovery requests and take depositions, as follows:

        i.      Maximum Number of Interrogatories by Each Party: Standard;

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

      ii.     Time to Respond to Interrogatories: 30 Days;

      iii.    Maximum Number of Requests for Admissions: Standard;

      iv.    Time to Respond to Requests for Admissions: 30 Days;

      v.     Maximum Number of Depositions by Each Party: No Limitation;

      vi.    Limit on Length of Depositions: No Limitation.

**B.    Subjects of Discovery:**

Discovery may be conducted on all matters pursuant to Fed.R.Civ.P. 26(b).

**C.    Discovery Cut-Off Date:**

The parties seek special consideration in this proposed plan. Although the plan is in general accordance with LR 26-1(e), the parties are hereby requesting an additional ninety (90) days beyond the customary one-hundred eighty (180) days to conduct discovery, measured from October 22, 2010, when Defendant first appeared in this case by filing its Notice of Removal.

The additional time for discovery is requested for several reasons. First, there are medical issues that may involve depositions of treating physicians as well as medical experts. There will be standard of care experts regarding claims handling who will likely need to be deposed. The parties submit that as is typical in matters like this, virtually all of the discovery must be completed before experts can arrive at and testify as to their opinions.

Additionally, the parties anticipate that depositions of the claims handlers will need to be taken in Texas. The individuals who will likely be witnesses on behalf of USAA are currently involved and will continue to be involved in the near future as witnesses in other litigation involving USAA. Therefore, their availability over the next few months is limited. They will have additional availability during the requested extended timeframe. The last proposed day of discovery shall be July 19, 2011, which is two-hundred seventy (270) days from the date when Defendant first appeared.

**D.    Fed.R.Civ.P. 62(a)(2) Disclosures (Experts):**

Disclosure of experts shall proceed according to Fed.R.Civ.P. 26(a)2 except that:

      i.     The disclosure of Plaintiff's experts and expert reports shall occur May 18, 2011, which is sixty (60) days before the discovery cut-off date;

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

1        ii.    The disclosure of Defendant's rebuttal experts and rebuttal expert reports

2        shall occur on June 17, 2011.

3      5.    **Amendment of the Pleadings and Adding Parties:** The parties shall have until

4  April 18, 2011, to file any motion to amend the pleadings or to add parties. This is ninety (90) days

5  before the discovery cut-off, which is in accordance with LR 26-1(e)(2).

6      6.    **Interim Status Reports:** The parties shall file their first interim status report by

7  February 18, 2011. They shall file their second interim status report required by LR 26-3 by May

8  18, 2011, which is sixty (60) days before the discovery cut-off date.

9      7.    **Dispositive Motions:** The parties shall have until August 19, 2011, to file dispositive

10  motions, which does not exceed thirty (30) days from the discovery cut-off date that LR 26-1(e)(4)

11  presumptively set for filing dispositive motions.

12      8.    **Joint Pre-Trial Order:** The parties shall file their joint pre-trial brief on or before

13  September 24, 2011. In the event dispositive motions are filed, the date for filing the Joint Pre-Trial

14  Brief shall be suspended until thirty (30) days after decision of the dispositive motions or further

15  order of the Court.

16      9.    **Fed.R.Civ.P. 26(a)(3) Disclosures:** The disclosures required by Fed.R.Civ.P.

17  26(a)(3) and any objections thereto shall be included in the Pre-Trial Order.

18      10.    **Settlement Prospects in this Case May be Enhanced by:** The likelihood of

19  settlement cannot presently be established. However, the parties have discussed mediation and

20  reserve their rights to seek mediation. The parties reserve their rights to seek amendment of this

21  discovery plan should mediation commence prior to the close of discovery, given that the mediation

22  is unsuccessful and is a cause of substantial delay in the discovery process.

23      11.    **Electronic Discovery and Confidentiality Issues:** The Parties will work

24  cooperatively together with regard to Electronic Discovery and Confidentiality Issues.

25  ...

26  ...

27  ...

28  ...

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

1    12.    **Reservation of Rights:** All of the parties reserve their rights and this discovery plan

2    shall not be deemed to constitute a waiver of any of the Parties' rights concerning the filing of any

3    motion.

4          DATED this 13th day of December, 2010.

5    JOHN PETER LEE, LTD.                    THORNDAL, ARMSTRONG, DELK
                                             BALKENBUSH & EISINGER
6

7

8    By:  /s/ John C. Courtney, Esq.         By:  /s/ Kathleen M. Maynard, Esq.
         JOHN PETER LEE, ESQ.                    JAMES J. JACKSON, ESQ.
9        Nevada Bar No. 001768                   Nevada Bar No. 003083
         JOHN C. COURTNEY, ESQ.                  KATHLEEN M. MAYNARD, ESQ.
10       Nevada Bar No. 011092                   Nevada Bar No. 010675
         830 Las Vegas Boulevard South           1100 East Bridger Avenue
11       Las Vegas, Nevada 89101                 Las Vegas, Nevada 89101
         Ph: (702) 382-4044/Fax: (702) 383-9950  Ph: (702) 366-0622/Fax: (702) 366-0327
12       Email: info@johnpeterlee.com            Attorneys for Defendant
         Attorneys for Plaintiff
13

14       IT IS SO ORDERED this 16th day of December , 2010.

15

16                                           _____
                                             UNITED STATES MAGISTRATE JUDGE
17

18   Submitted by:

19   JOHN PETER LEE, LTD.

20

21   By:  /s/ John C. Courtney, Esq.
         JOHN PETER LEE, ESQ.
22       Nevada Bar No. 001768
         JOHN C. COURTNEY, ESQ.
23       Nevada Bar No. 011092
         830 Las Vegas Boulevard South
24       Las Vegas, Nevada 89101
         Ph: (702) 382-4044/Fax: (702) 383-9950
25       Email: info@johnpeterlee.com
         Attorneys for Plaintiff
26

27

28

                                - 4 -

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950