1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

FOR THE DISTRICT OF NEVADA

11

12   MARIELLEN M. WALLACE, an individual,          CASE NO.   2:10-cv-01855-LRH-VCF

13          Plaintiffs,

14      vs.                                          STIPULATION AND ORDER FOR
                                                     DISMISSAL
15   USAA LIFE GENERAL AGENCY, INC., a
16   foreign corporation; and DOES I through
     X; and ROE CORPORATIONS I through
17   X,

18          Defendants.

19   AND ALL RELATED ACTIONS

20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28

1   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff,

2   MARIELLEN M. WALLACE, and USAA LIFE GENERAL AGENCY, INC., by and through

3   their respective counsel of record, that all claims in the above-entitled action shall be

4   dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys'

5   fees.

6   DATED this __ day of October, 2012        DATED this __ day of October, 2012

7   JOHN PETER LEE, LTD                        LEWIS BRISBOIS BISGAARD & SMITH
                                               LLP
8

9

10  By: _____                By _____
11      John C. Courtney, Esq                     Kristin E. Meredith        # 10171
        Nevada Bar No. 11092                      Nevada Bar No. 11655
12      3200 McLeod Drive, Suite 235             6385 S. Rainbow Boulevard, Suite 600
        Las Vegas, NV 89121                       Las Vegas, NV 89118
13      Tel: 702. 577.6188                        Tel. 702.893.3383
        Attorneys for Plaintiff                   Attorneys for Defendant/Counter-
14                                                Claimant USAA Life Insurance Company

15                                             AKIN GUMP STRAUSS HAUER &
                                               FELD, LLP
16                                             Barry A. Chasnoff
                                               Texas Bar No. 14398
17                                             300 Convent Rd., Suite 1500
                                               San Antonio, TX 78205
18

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

ORDER FOR DISMISSAL WITH PREJUDICE

PURSUANT TO STIPULATION of counsel, and GOOD CAUSE APPEARING;

IT IS HEREBY ORDERED that all claims in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 30th day of October, 2012.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3